Law Offices of Ron Peters
**RON PETERS (SBN: 45749)**
50 Fullerton Court, Suite 207
Sacramento, California 95825
Telephone:   (916) 922-9270
Facsimile:    (916) 922-2465

**Attorney for Defendant**
**GERARDO SILVA**

## IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF CALIFORNIA
-o0o-

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CASE NO.: 05 - CR - 0413 DFL** |
|  ) |  |
|        **Plaintiff,**          ) | **STIPULATION AND ORDER TO** |
|  ) | **CONTINUE STATUS CONFERENCE** |
| v.  ) |  |
|  ) | Date:   November 10, 2005 |
| **GERARDO SILVA & AIDA**  ) | Time:   10:00 am |
| **MAGANA**  ) |  |
|  ) |  |
|        **Defendant (s),**       ) |  |

It is hereby stipulated by and between Plaintiff, Assistant United States Attorney, Matthew D. Segal and Defendants, Gerardo Silva, through his counsel, Ron Peters and, Aida Magana, through her counsel, Quin Denvir that the status conference hearing presently set on November 10, 2005, at 10:00 am shall be continued to December 1, 2005, at 10:00 am. Both sides stipulate that due to case complexity, additional time is needed for preparation and continuity of counsel, and therefore statutory time should be excluded.

The parties request that this Court exclude speedy trial time from the date of the signing of this order up to and including December 1, 2005 to allow the parties to

complete the above tasks.

Speedy trial time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and Local Code T-2 and T-4, for ongoing preparation of counsel.

Respectfully submitted,

DATE:                                By:    _____
                                            RON PETERS
                                            Attorney for Gerardo Silva

DATE:                                By:    _____
                                            QUIN DENVIR
                                            Attorney for Aida Magana

DATE:                                By:    _____
                                            Matthew D. Segal
                                            U.S. Attorney

## ORDER

IT IS SO ORDERED.

DATED: 11/21/2005

_____
DAVID F. LEVI
United States District Judge