MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR S 05-413 DFL |
| Plaintiff, ) | |
| ) | ORDER EXCLUDING TIME |
| v. ) | |
| GERARDO SILVA & ) | |
| AIDA MAGANA, ) | |
| Defendant. ) | |

Upon consideration of the stipulation of the parties, the Court orders that the period from December 1, 2005 through December 15, 2005 shall be excluded from the calculation of time under the Speedy Trial Act.  The ends of justice are served by the Court excluding this entire period of time, so that counsel may have reasonable time necessary for effective preparation for trial, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The interests of justice served by

//
//
//
//

1

granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

DATE: 11/28/2005

_____
DAVID F. LEVI
United States District Judge