MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814        **OK/HAV**
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR S 05-413 DFL |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER EXCLUDING TIME |
| GERARDO SILVA & ) | |
| AIDA MAGANA, ) | |
| Defendants. ) | |

 The parties requested that the status conference in this case be continued from December 15, 2005 to January 26, 2006 at 10:00 a.m. and informed the Court's clerk that a stipulation and order would be forthcoming. The parties stipulate and agree that the period from December 15, 2005 through January 26, 2006 is appropriately excluded from the calculation of time under the Speedy Trial Act. The parties are engaged in communications and legal analysis related to the merit of a possible motion in this case. The ends of justice are served by the Court excluding the entire period of time, so that counsel may have reasonable time necessary for effective preparation for trial, taking into account the exercise of due diligence. 18 U.S.C. §

1

3161(h)(8)(B)(iv).  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                    Respectfully Submitted,

                    McGREGOR W. SCOTT
                    United States Attorney

DATE: January 11, 2006       By:   /s/ Matt Segal
                    MATTHEW D. SEGAL
                    Assistant U.S. Attorney

DATE: January 11, 2006        /s/ Ron Peters
                    RONALD PETERS
                    Counsel for Gerardo Silva

DATE: January 11, 2006        /s/ Quin Denvir
                    QUIN DENVIR
                  Counsel for Aida Magana

                    **SO ORDERED.**

DATE: January 11, 2006

                    DAVID F. LEVI
                    United States District Judge