1  **Law Offices of Ron Peters**
   **RON PETERS (SBN: 45749)**
2  **50 Fullerton Court, Suite 207**
   **Sacramento, California 95825**
3  **Telephone: (916) 922-9270**
    **Facsimile:  (916) 922-2465**                    OK/HAV
4
   **Attorney for Defendant**
5  **GERARDO SILVA**

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                      EASTERN DISTRICT OF CALIFORNIA
                                     -o0o-
9
   UNITED STATES OF AMERICA, )       CASE NO.: 05 - CR - 0413 DFL
10                           )
          Plaintiff,         )       STIPULATION AND ORDER TO
11                           )       CONTINUE SENTENCING
   v.                        )
12                           )       Date:      August 24, 2006
   GERARDO SILVA & AIDA      )       Time:      10:00 am
13 MAGANA                    )       Room:      7
                             )
14        Defendant (s),     )

15      It is hereby stipulated by and between Plaintiff, Assistant United States Attorney, Matthew
16 D. Segal and Defendants, Gerardo Silva, through his counsel, Ron Peters and, Aida Magana,
17 through her counsel, Quin Denvir that the sentencing hearing presently set on August 24, 2006 at
18 10:00 am shall be continued to October 5 , 2006 at 10:00 am. Both sides stipulate that due to the
19 need to review and analyze the facts and law in this case, additional time is needed for preparation
20 and continuity of counsel, and therefore statutory time should be excluded.
21      The parties request that this Court exclude speedy trial time from the date of the signing of
22 this order up to and including October 5, 2006 to allow the parties to complete the above tasks.
23      Speedy trial time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and Local
24 Code T-4, for ongoing preparation of counsel.
25
26 ///
27 ///
28 ///

   **U.S. vs. SILVA**                                **STIPULATION AND ORDER TO**
                                                     **CONTINUE SENTENCING**

Respectfully submitted,

DATE: 08/09/06            By:    /s/Ron Peters
                                 RON PETERS
                                 Attorney for Gerardo Silva

DATE:  08/09/06           By:    /s/Quinn Denvir
                                 QUIN DENVIR
                                 Attorney for Aida Magana

DATE: 08/09/06            By:    /s/Matthew D. Segal
                                 Matthew D. Segal
                                 U.S. Attorney

**ORDER**

IT IS SO ORDERED.

DATED: 8/17/2006

_____
DAVID F. LEVI
United States District Judge