**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
**Telephone: (916) 922-9270**
**Facsimile: (916) 922-2465**

OK/HAV

**Attorney for Defendant**
**GERARDO SILVA**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 05 - CR - 0413 DFL |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. ) | |
| GERARDO SILVA & AIDA MAGANA ) | Date: October 5, 2006<br>Time: 10:00 am<br>Room: 7 |
| Defendant (s), ) | |

It is hereby stipulated by and between Plaintiff, Assistant United States Attorney, Matthew D. Segal and Defendants, Gerardo Silva, through his counsel, Ron Peters and, Aida Magana, through her counsel, Quin Denvir that the sentencing hearing presently set on October 5, 2006 at 10:00 am shall be continued to December 14, 2006 at 10:00 am. Both sides stipulate that due to the need to review and analyze the facts and law in this case, additional time is needed for preparation and continuity of counsel, and therefore statutory time should be excluded.

The parties request that this Court exclude speedy trial time from the date of the signing of this order up to and including December 14, 2006 to allow the parties to complete the above tasks.

Speedy trial time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and Local Code T-4, for ongoing preparation of counsel.

///
///
///

---

U.S. vs. SILVA                                       STIPULATION AND ORDER TO
                                                     CONTINUE SENTENCING

|   |   |   |   |
|---|---|---|---|
| 1 |   |   | Respectfully submitted, |
| 2 |   |   |   |
| 3 | DATE: 10/04/06 | By: | /s/Ron Peters |
| 4 |   |   | RON PETERS<br>Attorney for Gerardo Silva |
| 5 |   |   |   |
| 6 | DATE: 10/04/06 | By: | /s/Quinn Denvir<br>QUIN DENVIR |
| 7 |   |   | Attorney for Aida Magana |
| 8 | DATE: 10/04/06 | By: | /s/Matthew D. Segal |
| 9 |   |   | Matthew D. Segal<br>U.S. Attorney |

**ORDER**

IT IS SO ORDERED.

DATED: 10/6/2006

_____
DAVID F. LEVI
United States District Judge

---

**U.S. vs. SILVA**                                                **STIPULATION AND ORDER TO CONTINUE SENTENCING**