**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
**Telephone:  (916) 922-9270**
 **Facsimile:   (916) 922-2465**

**Attorney for Defendant**                                                   Ok/HAV
**GERARDO SILVA**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA
-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>GERARDO SILVA & AIDA )<br>MAGANA  )<br>  )<br>Defendant (s),  ) | CASE NO.: 05 - CR - 0413 DFL<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date:       February 15, 2007<br>Time:       10:00 am<br>Room:       7 |

It is hereby stipulated by and between Plaintiff, Assistant United States Attorney, Matthew D. Segal  and Defendant, Gerardo Silva, through his counsel, Ron Peters that the sentencing hearing presently set on February 15, 2007 at 10:00 am shall be continued to April 19, 2007 at 10:00 am. Both sides stipulate that due to the need to review and analyze the facts and law in this case, additional time is needed for preparation and continuity of counsel, and therefore statutory time should be excluded.

The parties request that this Court exclude speedy trial time from the date of the signing of this order up to and including April 19, 2007 to allow the parties to complete the above tasks.

Speedy trial time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and Local Code  T-4, for ongoing preparation of counsel.

///
///
///

---

**U.S. vs. SILVA**                                                                               **STIPULATION AND ORDER TO**
                                                                                                 **CONTINUE SENTENCING**

```
                                        Respectfully submitted,


DATE: 02/14/07              By:         /s/Ron Peters
                                        RON PETERS
                                        Attorney for Gerardo Silva


DATE: 02/14/07              By:         /s/Matthew D. Segal
                                        Matthew D. Segal
                                        U.S. Attorney
```

## ORDER

IT IS SO ORDERED.

DATED:   02/14/2007         /s/ David F. Levi
                            DAVID F. LEVI
                            United States District Court Senior Judge