1  Law Offices of Ron Peters
   RON PETERS (SBN: 45749)
2  50 Fullerton Court, Suite 207
   Sacramento, California 95825
3  Telephone:   (916) 922-9270
   Facsimile:   (916) 922-2465
4
   Attorney for Defendant
5  GERARDO SILVA

6
             IN THE UNITED STATES DISTRICT COURT FOR THE
7
                    EASTERN DISTRICT OF CALIFORNIA
8                                -o0o-

9  UNITED STATES OF AMERICA, )     CASE NO.: 05 - CR - 0413 DFL
10           Plaintiff,       )    STIPULATION AND ORDER TO
                              )    CONTINUE SENTENCING
11 v.                         )
                              )    Date:   September 11, 2007
12 GERARDO SILVA & AIDA       )    Time:   10:00 am
   MAGANA                     )    Room:   7
13                            )
                              )
14       Defendant (s),       )

15       It is hereby stipulated by and between Plaintiff, Assistant United States Attorney, Matthew
16 D. Segal  and Defendant, Gerardo Silva, through his counsel, Ron Peters that the sentencing
17 hearing presently set on September 11, 2007 at 10:00 am shall be continued to December 11, 2007
18 at 10:00 am. Both sides stipulate that due to the need to review and analyze the facts and law in this
19 case, additional time is needed for preparation and continuity of counsel, and therefore statutory
20 time should be excluded.
21       The parties request that this Court exclude speedy trial time from the date of the signing of
22 this order up to and including December 11, 2007 to allow the parties to complete the above tasks.
23       Speedy trial time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and Local
24 Code  T-4, for ongoing preparation of counsel.
25
26 ///
27 ///
                                                        Respectfully submitted,
28

---

U.S. vs. SILVA                                          STIPULATION AND ORDER TO
                                                        CONTINUE SENTENCING

1  DATE: 09/10/07              By:    /s/Ron Peters
                                      RON PETERS
2                                     Attorney for Gerardo Silva

3  DATE: 09/10/07              By:    /s/Matthew D. Segal
4                                     Matthew D. Segal
                                      U.S. Attorney
5

6

7                                  **ORDER**

8  IT IS SO ORDERED.

9

10 DATED:  9-10-07              _____
11
12                              United States District Senior Judge D Lowell Jensen