Law Offices of Ron Peters
RON PETERS (SBN: 45749)
50 Fullerton Court, Suite 207
Sacramento, California 95825
Telephone:   (916) 922-9270
Facsimile:   (916) 922-2465

Attorney for Defendant
GERARDO SILVA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA
-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GERARDO SILVA & AIDA ) <br> MAGANA ) <br> ) <br> Defendant (s), ) | CASE NO.: 05 - CR - 0413 DFL <br><br> **STIPULATION AND ORDER TO CONTINUE SENTENCING** <br><br> Date:  September 11, 2007 <br> Time:  10:00 am <br> Room:  7 |

It is hereby stipulated by and between Plaintiff, Assistant United States Attorney, Matthew D. Segal and Defendant, Gerardo Silva, through his counsel, Ron Peters that the sentencing hearing presently set on September 11, 2007 at 10:00 am shall be continued to December 11, 2007 at 10:00 am. Both sides stipulate that due to the need to review and analyze the facts and law in this case, additional time is needed for preparation and continuity of counsel, and therefore statutory time should be excluded.

The parties request that this Court exclude speedy trial time from the date of the signing of this order up to and including December 11, 2007 to allow the parties to complete the above tasks.

Speedy trial time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and Local Code T-4, for ongoing preparation of counsel.

///
///

Respectfully submitted,

1 | DATE: 09/10/07 | By: | /s/Ron Peters
  |                |     | RON PETERS
2 |                |     | Attorney for Gerardo Silva

3 | DATE: 09/10/07 | By: | /s/Matthew D. Segal
4 |                |     | Matthew D. Segal
  |                |     | U.S. Attorney

## ORDER

IT IS SO ORDERED.

DATED: 9-10-07

United States District Senior Judge D Lowell Jensen